**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

CASEY L. CARTER                                                          PETITIONER

vs.                                                    Civil Action No. 3:08-cv-631 HTW-LRA

JAMES BREWER                                                  RESPONDENT

## **FINAL JUDGMENT**

This cause came before the court on the petition for writ of habeas corpus filed by the petitioner, Casey Carter. This court, having adopted the Report and Recommendation as the order of this court, hereby grants respondent's motion to dismiss and dismisses petitioner's Petition for Writ of Habeas Corpus with prejudice. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 25th day of November, 2009.**

                                       **s/ HENRY T. WINGATE
                                       CHIEF UNITED STATES DISTRICT JUDGE**